

P39272/J. Verga

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

## MEMORANDUM

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Jessica Verga, USPO

**RE:** Edwin Munoz

**DATE:** May 2, 2007

**07 CRIM. 384**

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On February 28, 2007, the above-named individual was sentenced in the Western District of New York as outlined in the attached J & C.

On March 20, 2007, we received a letter from the Western District of New York advising that the Transfer of Jurisdiction Order (Probation Form 22) ordering Mr. Munoz's transfer to the SD/NY was signed. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-0034.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Jessica Verga
United States Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 7 2007